Dixon v Zielinski (2023 NY Slip Op 01431)

Dixon v Zielinski

2023 NY Slip Op 01431

Decided on March 17, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 17, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., PERADOTTO, BANNISTER, MONTOUR, AND GREENWOOD, JJ.

293 CA 22-01423

[*1]CRESSIDA A. DIXON, MONROE COUNTY PUBLIC ADMINISTRATOR, C.T.A. OF THE ESTATE OF LENA G. ZIELINSKI, DECEASED, GENERAL PARTNER OF E-Z MINI STORAGE L.P., EDWARD J. ZIELINSKI, ERIC A. ZIELINSKI AND ELIOT S. ZIELINSKI, LIMITED PARTNERS OF E-Z MINI STORAGE, L.P., PLAINTIFFS-APPELLANTS,
v
EARL D. ZIELINSKI, INDIVIDUALLY AND AS A GENERAL PARTNER OF E-Z MINI STORAGE, L.P., DEFENDANT-RESPONDENT. 

HANDELMAN, WITKOWICZ & LEVITSKY, ROCHESTER (MARTIN S HANDELMAN OF COUNSEL), FOR PLAINTIFFS-APPELLANTS.
GALLO & IACOVANGELO, LLP, ROCHESTER (CRAIG D. CHARTIER OF COUNSEL), FOR DEFENDANT-RESPONDENT.

 Appeal from an order of the Supreme Court, Monroe County (Christopher S. Ciaccio, A.J.), entered October 25, 2021. The order granted the motion of defendant for summary judgment dismissing the complaint and denied the cross motion of plaintiffs for summary judgment. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: March 17, 2023
Ann Dillon Flynn
Clerk of the Court